IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JONATHAN DAVID DREW, | § | |
| TDCJ-CID #1019606, | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | Civil Action No. H-13-0059 |
| | § | |
| RICK THALER, | § | |
| Director, Texas Department of | § | |
| Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
|     Respondent. | § | |

**RESPONDENT'S UNOPPOSED FIRST MOTION FOR
EXTENSION OF TIME WITH BRIEF IN SUPPORT**

This is a habeas corpus case brought by a Texas state prisoner, Jonathan David Drew, under 28 U.S.C. § 2254. By order of the Court, Respondent Rick Thaler (the Director) has until March 11, 2013, to respond to the petition. This motion for extension of time is being filed on March 11, 2013, and is thus, timely filed.

The Director requests an extension due to the undersigned's present caseload and the time required to obtain Drew's records. Drew's state court records were not received by this office until February 15, 2013, even though they were promptly ordered. Since that time, the undersigned has filed three responsive pleadings in other federal habeas cases, and begun drafting another. Furthermore, the undersigned currently has nine other habeas cases that require a response, as well as a state appeal. Consequently,

additional time is required to review the records and prepare a responsive pleading in this case.

This is the Director's first request for an extension of time in this cause. This request is not designed to harass Drew, nor to unnecessarily delay these proceedings, but to ensure that Petitioner's federal habeas corpus claims are properly addressed. Accordingly, the Director respectfully requests an extension of thirty days, up to and including April 10, 2013, to file his answer.

## CONCLUSION

The Director respectfully requests that his First Motion for Extension of Time be granted.

Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

DANIEL T. HODGE
First Assistant Attorney General

DON CLEMMER
Deputy Attorney General
for Criminal Justice

EDWARD L. MARSHALL
Chief, Postconviction Litigation
Division

s/ Craig W. Cosper
CRAIG W. COSPER*
*Lead Counsel    Assistant Attorney General
State Bar No. 24067554
Southern District No. 1031568

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
Facsimile No. (512) 936-1280

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, Craig W. Cosper, Assistant Attorney General of Texas, do hereby certify that opposing counsel, Randy Schaffer, confirmed by electronic mail that he is unopposed to this motion.

 s/ Craig W. Cosper
CRAIG W. COSPER
Assistant Attorney General

## CERTIFICATE OF SERVICE

I do hereby certify that on March 11, 2013, I electronically filed the foregoing pleading with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" to the following attorney of record, who consented in writing to accept this notice as service of this document by electronic means:

Randy Schaffer
1301 McKinney Ave.
Suite 3100
Houston, Texas 77010

 s/ Craig W. Cosper
CRAIG W. COSPER
Assistant Attorney General

3