IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JONATHAN DAVID DREW, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-13-0059 |
| | § | |
| RICK THALER, | § | |
| | § | |
| *Respondent*. | § | |

## ORDER

Respondent's motion for an extension of time to file an answer or dispositive motion (Docket Entry No. 3) is GRANTED. Respondent's answer or dispositive motion is due APRIL 10, 2013.

Signed at Houston, Texas on March 19, 2013.

Gray H. Miller
United States District Judge